UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

WILMINGTON, DELAWARE

2026 OCT -9 A 11:11

US BANKRUPTCY
DISTRICT OF DELAWARE

**In re: Gary Jones**
Debtor

**Chapter 13**

# REQUEST TO CONTINUE CHAPTER 13 CASE AND GRANT ADDITIONAL TIME

To the Honorable Bankruptcy Judge:

My name is **Gary Jones**, and I am the Debtor in the above-referenced Chapter 13 bankruptcy case.

I respectfully request that the Court allow my Chapter 13 case to continue and provide me with additional time to complete the outstanding requirements in my case.

I understand that certain documents and requirements remain outstanding, including my Chapter 13 repayment plan. I sincerely apologize for the delay and respectfully ask the Court for an opportunity to correct these matters.

I am making a good-faith effort to comply with the Court's requirements. I respectfully request additional time to:

1. Complete and file my Chapter 13 repayment plan;
2. Submit any outstanding documents;
3. Correct any deficiencies identified by the Court or Chapter 13 Trustee; and
4. Bring my case into full compliance with the Court's requirements.

Continuing my case would give me the opportunity to complete the necessary paperwork and move forward with my Chapter 13 repayment process. I am committed to complying with all future deadlines and requirements.

I respectfully ask the Court to **allow my Chapter 13 case to continue and grant me additional time to complete the outstanding requirements.**

Thank you for your consideration.

Respectfully submitted,

**Gary Jones**

Signature: Gary Jones ____________________

**KML Law Group, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106-1532
(215) 627-1322
ATTORNEY FOR PLAINTIFF

**WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES**
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
Plaintiff

vs.

**DEIDRE R. JONES**
**GARY N. JONES**
Mortgagor(s) and Record Owner(s)
14 Huntingdon Court
Boothwyn, PA 19061

**THE UNITED STATES OF AMERICA**
Defendant(s)

IN THE COURT OF COMMON PLEAS
OF DELAWARE COUNTY

CIVIL ACTION - LAW

ACTION OF MORTGAGE FORECLOSURE

No. CV-2022-003644

**CERTIFICATION AS TO COMPLIANCE WITH THE PENNSYLVANIA CASE RECORDS PUBLIC ACCESS POLICY, SECTION 7.0 CONFIDENTIAL INFORMATION**

Plaintiff, by counsel, hereby certifies that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents and that confidential information and documents have been redacted in accordance with controlling privacy statutes and that confidential information is not required by law, ordered by the court or is not otherwise necessary to effect the disposition of this matter.

By: ______________________
**KML LAW GROUP, P.C.**
____Michael McKeever Pa. ID 56129
____Caitlin M. Donnelly Pa. ID 311403
____J. Eric Kishbaugh Pa. ID 33078
____Stephanie A. Walczak Pa. ID 320431
____Geraldine M. Linn Pa. ID 83351
____Michael P. Farrington Pa. ID 329636
_X__Danielle DiLeva Pa. ID 328955
____Sean M. Duffy Pa. ID 311495
____Frank J. Keenan, Pa ID 72278
____Mark A. Cronin Pa ID 58240

**Attorneys for Plaintiff**